UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Christopher Lee Minglis,
Plantiff,
v.
Police Officers Andrew Pechacek and
Aaron Roberts;
Deputy Jason Rippl;
City of Oshkosh;
Winnebago County,
Defendants,

U.S. District Court
Wisconsin Eastern
NOV 17 2026
FILED
Clerk of Court

Case No. 26-C-2147

Complaint under 42 U.S.C. § 1983

I. Basis for Jurisdiction
This action is brought under 42 U.S.C. § 1983 for violations of my civil rights under the Fourth and Fourteenth Amendments to the United States Constitution.

II. Statement of Claims
Claim I (Excessive Force - November 17, 2023)
On 11/17/23, in Oshkosh, Wisconsin, law enforcement officers (Andy or Andrew Pechacek and Aaron Roberts) used unreasonable and excessive force against me without legal justification or explanation breaking my ribs with a weapon.

At the time the force was used, I posed no physical threat to the officers or anyone else. As a direct result of the officers unlawful use of force, I sufferd broken ribs and trauma to my neck and back and required medical emergancy treatment at the hospital. This violated my rights under the Fourth and Fourteenth Amendments to the United States Constitution, actionable under 42 U.S.C. § 1983.

Claim 2 (Warrantless Entry and Unlawful Seizure - April 16, 2026)

On April 16, 2026, Deputy Jason Rippl concealed himself on camera, and out of my view, while my landlord knocked on my door. When I opened the door for my landlord, Deputy Rippl forced his way into my private residence without displaying a warrant or court order, without my consent, and without probable cause or exigent circumstances, and forcibly removed me from my home. This warrantless entry and seizure violated my clearly established rights under the Fourth Amendment to the United States Constitution, actionable under 42 U.S.C. § 1983.

III. Relief Wanted

I request compensatory damages for my physical injuries, medical expenses, pain and suffering, and emotional distress; punitive damages against the individual officers and deputy for reckless disregard of my constitutional rights; and any other relief the Court deems just and proper.

Date November 16, 2026

Signature: ______________

Christopher Lee Minglis
300 E Custer, Oshkosh, WI, 54901
920-500-4741